# DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

MATT NEIDERMAN
DIRECT DIAL: 302.657.4920
E-MAIL: mneiderman@duanemorris.com

www.duanemorris.com

July 31, 2008

**BY E-FILING AND HAND DELIVERY**
Clerk of Court
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, Delaware 19801

Re: *In re the Application of Diana Terreros Castillo v. Faber Castillo,*
C.A. No. 08-cv-471

Dear Clerk of Court:

Please accept this letter as our request for an expedited review of the Expedited Petition for the Return of Minor Child to Colombia Pursuant to the Hague Convention on the Civil Aspects of International Child Abduction by a duty judge. We are requesting that a duty judge review our Petition as soon as possible only so that the Notice of Petition (attached to the Petition as Exhibit F) can be signed by the duty judge and served on Defendant Faber Castillo.

I am available at the Court's convenience should the Court have any questions.

Respectfully submitted,

/s/ Matt Neiderman
Matt Neiderman (I.D. No. 4018)

DUANE MORRIS LLP

1100 NORTH MARKET STREET, SUITE 1200   WILMINGTON, DE 19801-1246   PHONE: 302.657.4900   FAX: 302.657.4901