IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re the Application of: | : |
| DIANA TERREROS CASTILLO, | : |
| Petitioner, | : |
| v. | : C.A. No. 08-471 |
| FABER CASTILLO, | : |
| Respondent. | : |

### NOTICE OF PETITION IN LIEU OF SUMMONS UNDER THE HAGUE CONVENTION ON THE CIVIL ASPECTS OF INTERNATIONAL CHILD ABDUCTION

(Done at the Hague on October 25, 1980 and implemented by the International Child Abduction Remedies Act, 42 U.S.C. § 11601, et seq.)

1. Notice is hereby given to Respondent, Faber Castillo, that an Expedited Petition for the Return of Minor Child to Colombia Pursuant to the Hague Convention the Civil Aspects of International Child Abduction, a copy of which is attached hereto, has been filed with the United States District Court for the District of Delaware.

2. A hearing on this matter shall be held beginning at 1:00 p.m., on August 4, 2008, at 844 North King Street, Courtroom 6B, Wilmington, Delaware 19801.

3. You are hereby summoned and ordered to appear personally with Laura Castillo Terreros at the aforesaid hearing. Failure to appear personally, with or without Laura Castillo Terreros, at the aforesaid hearing may result in a decision adverse to you.

DM1\1369866.1

IT IS SO ORDERED, this 31st day of July, 2008

_____
United States District Judge

DM1\1369866.1