**Taylor, Jennifer R.**

| | |
|---|---|
| From: | TrackingUpdates@fedex.com |
| Sent: | Monday, August 04, 2008 8:39 AM |
| To: | Taylor, Jennifer R. |
| Subject: | FedEx Shipment 798989771320 Delivered |

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | Duane Morris LLP |
| Name: | Jennifer Taylor |
| E-mail: | 'not provided by requestor' |

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | 99999.00097 |
| Ship (P/U) date: | Aug 1, 2008 |
| Delivery date: | Aug 4, 2008 8:34 AM |
| Sign for by: | L.CASTILLO |
| Delivered to: | Residence |
| Service type: | FedEx Priority Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Residential Delivery |
| | Direct Signature Required |
| | Deliver Weekday |
| Tracking number: | 798989771320 |

| Shipper Information | Recipient Information |
|---|---|
| Jennifer Taylor | Faber Castillo |
| Duane Morris LLP | 2623 Maclary Dr |
| 1100 North Market Street;Suite 1200 | Wilmington |
| Wilmington | DE |
| DE | US |
| US | 198082237 |
| 19801 | |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 7:38 AM CDT on 08/04/2008.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

1