IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE THE APPLICATION OF: | ) |
| | ) |
| DIANA TERREROS CASTILLO, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civ. No. 08-471-SLR |
| | ) |
| FABER CASTILLO, | ) |
| | ) |
| Respondent. | ) |

### O R D E R

At Wilmington this 4th day of August, 2008, having conducted a preliminary hearing on the expedited petition for the return of a minor child to Colombia;

IT IS ORDERED that a final hearing shall be conducted on **August 26, 2008 at 11:00 a.m.** in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware, at which time respondent shall show cause why said petition (D.I. 1) should not be approved. **NOTE: Respondent's failure to appear or to otherwise respond to the petition shall result in the court's approving the relief requested.**

_____
United States District Judge