August 5 2008

CA 08-471-SLR

To who May I Concern.
att. Judge Robinson

I Faber Alexander Castillo I would like to request a Spanish interpreter for the day of the hearing on August 26, 2008 in the Case # Civ No. 08-471-SLR

Thank you!  Faber A Castillo

Cell (302) 898-0115
Home (302) 995-1111

FILED U.S. DISTRICT COURT DISTRICT OF DELAWARE  2008 AUG -5 AM 11:25    BoV