# SEALED

# DOCUMENT

# SEALED

# DOCUMENT

# SEALED

# DOCUMENT

# SEALED

# DOCUMENT

# SEALED

# DOCUMENT

# SEALED

# DOCUMENT

# SEALED

# DOCUMENT

# SEALED

# DOCUMENT