IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: the Application of:<br><br>DIANA TERREROS CASTILLO,<br><br>    Petitioner,<br><br>    v.<br>FABER CASTILLO,<br><br>    Respondent. | C.A. No. 08-cv-471 |

**NOTICE OF SERVICE**

    I, Andrew W. Gonser hereby certify that the Subpoena in a Civil Case, served upon Christine Reyes was served by email on this 27th day of August, 2008 upon the following:

Matthew Neiderman, Esq.
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
mneiderman@duanemorris.com

Date: August 27, 2008

_____
ANDREW W. GONSER, ESQUIRE, Bar ID # 4551
Gonser and Gonser, P.A.
Concord Plaza
Hagley Building, Suite 203
3411 Silverside Road
Wilmington, DE 19810

E-mail: awgonser@gonserlaw.com
Telephone: (302) 478 4445

1